Opinion filed January 26,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                    Nos. 11-11-00114-CR & 11-11-00115-CR

                                                    __________

 

                                 CHERYL
ANN CHICK, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                    On
Appeal from the 91st District Court

                                                          Eastland
County, Texas

                                             Trial Court
Cause Nos. 22365 & 22366

 



            

M
E M O R A N D U M    O P I N I O N

            In
each case on appeal, Cheryl Ann Chick has filed in this court a motion to
dismiss her appeal, stating that she wishes to withdraw her notices of appeal
and dismiss these appeals pursuant to Tex.
R. App. P. 42.2.  In compliance with Rule 42.2, the motions are signed
by both appellant and her counsel.

The
motions are granted, and the appeals are dismissed.

 

January 26, 2012                                                                                 PER
CURIAM 

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.